# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 Michael King,
                        **Petitioner**

                **V.**

 Duane J. MacEachern,
                        **Respondent**

**CIVIL ACTION**

**NO.   08-10373**

## ORDER OF DISMISSAL
### August 17, 2010

  Gorton,  D. J.

**In accordance with the Court's adoption of Report & Recommendation**

**on   August 16. 2010   , it is hereby ORDERED that the above-entitled action be and**

**hereby is dismissed.**

**Approved:**                                        **By the Court,**

**/s/ Nathaniel M. Gorton**                    **/s/ Craig J. Nicewicz**
**United States District Judge**              **Deputy Clerk**

(Dismendo.ord - 09/92)                                                    [odism.]